**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **MONTRELL HOLMES, Inmate #B04248,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**ROGER WALKER, et al.,** )<br>)<br>**Defendants.** ) | **CIVIL NO. 09-cv-047-DRH** |

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

Plaintiff, a prisoner proceeding *pro se*, has filed an Application to Proceed In Forma Pauperis pursuant to 28 U.S.C. § 1915 together with a civil action pursuant to 42 U.S.C. § 1983. He has also filed a motion to compel Defendants to provide him with a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the complaint, as required by § 1915(a)(1) (Doc. 3); he alleges that Defendants have refused to provide him with this documentation.

This motion is **GRANTED**; **the trust fund officer at Pinckneyville Correctional Center shall provide Plaintiff with the requested print-out within TEN (10) days of the date of entry of this order**.

It follows that within **THIRTY (30) DAYS** of the date of the entry of this order, Plaintiff shall submit that certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the complaint. Plaintiff is **ADVISED** that in the event he has been transferred among institutions during this six-month period, it is Plaintiff's responsibility to

obtain a copy of his prison trust account statement from each such facility and to forward it to the Court. Plaintiff is **FURTHER ADVISED** that his obligation to pay the filing fee for this action was incurred at the time the action was filed; such an obligation will exist whether or not Plaintiff is granted leave to proceed *in forma pauperis*. 28 U.S.C. § 1915(b)(1); *see also Lucien v. Jockisch,* 133 F.3d 464, 467 (7th Cir. 1998).

The Clerk is **DIRECTED** to provide a courtesy copy of this order to the Warden at Pinckneyville to facilitate compliance.

**IT IS SO ORDERED.**

**DATED: June 1, 2009.**

/s/    DavidRHerndon
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**