IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MONTRELL HOLMES,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.   09-cv-47-PMF |
| ) | |
| **ROGER E. WALKER, et al.,** ) | |
| ) | |
| Defendants. ) | |

# JUDGMENT

This matter having come before the Court, the issues having been heard, and the jury having rendered a verdict as to some claims and the Court having rendered a decision as to others,

**IT IS HEREBY ORDERED AND ADJUDGED** that COUNT 2 of the (Doc. 1) complaint, plaintiff MONTRELL HOLMES' claim against defendants SHEILA BECKMAN, MS HILL, SANDY HILL, MS KNOPP, ROGER E. WALKER, BRENDA AUSTIN, and WARDEN AUSTIN for deliberate indifference in failing to respond to administrative complaints, is DISMISSED from this action with prejudice.

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff MONTRELL HOLMES' claims against DANIEL VAREL in the (Doc. 37) amended complaint are DISMISSED from this action with prejudice.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment on plaintiff MONTRELL HOLMES' claims deliberate indifference to serious medical needs and professional negligence is entered in favor of OLUKUNLE OBANDINA, M.D., and GARY GERST, P.A. and against plaintiff MONTRELL HOLMES.

DATED:   April 11, 2013.  NANCY J. ROSENSTENGEL
CLERK OF COURT

By: s/*Karen R. Metheney*
Deputy Clerk

APPROVED:
s/ *Philip M. Frazier*
UNITED STATES MAGISTRATE JUDGE